UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    CASE NO.: 12-3804-PMG
LEONARDO J. HENRY
    Debtor(s).
_____/

## CHAPTER 13 PLAN

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**                **Amount of Monthly Plan payment**

**1- 60 (July 2012 – June 2017)**                $ 2,790.00

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| King & Dolaghan, P.A. | $2,866.00 | $238.83 | 1-12 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

There are no other priority creditors in this case.

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Acqura Loan Services<br>*1st mtg homestead* | $75,354.00 | $937.00 | 1-60 |
| Pioneer Credit<br>*2005 Ford F350* | $3,979.00 | $74.19 (at 4.5%) | 1-60 |
| | Total: $4,450.84 to pay this creditor in full satisfaction of this debt. | | |
| Chance Finance<br>*2006 Chevrolet Impala* | $8,389.00 | The debtor surrenders his interest in the collateral. The co-debtor in possession will make payments directly to this creditor. No payments will be made to this creditor through the Chapter 13 plan. | |
| New Horizons Finance<br>*2002 Ford Explorer* | $9,462.00 | The debtor surrenders his interest in the collateral. The co-debtor in possession will make payments directly to this creditor. No payments will be made to this creditor through the Chapter 13 plan. | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Acqura Loan Services<br>*1st mtg homestead* | $33,735.00 | $562.25 | 1-60 |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Farmer's Furniture<br>*Living Room Furniture* | $846.00<br>Value: $500.00 | $9.32 (at 4.5%) | 1-60 |
| | Total: $559.30 to pay this creditor in full satisfaction of the secured portion of this debt. | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

There are no executory contracts in this case.

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

**Other Provisions:**

1. Any claims filed after October 9, 2012, (other than governmental units) shall not receive a distribution under this plan unless specifically provided for above.

2. All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d).

3. *Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid or accessible by any secured creditor.  11U.S.C. Section 1327(a) provides:*

*" The provisions of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."*

*Confirmation of the plan shall impose an affirmative duty of the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:*
*(1.) To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages.  For purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a zero balance upon the entry of the Discharge Order in this case.*
*(2.) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default of defaults.*
*(3.) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense ,forbearance, or similar account.*

***ANY POST PETITION COSTS OR EXPENSES INCURRED BY OR ON BEHALF OF ANY SECURED CREDITOR WILL BE DISCHARGED UPON COMPLETION OF THE DEBTOR'S PLAN, UNLESS SPECIFICALLY PROVIDED FOR IN THE CONFIRMATION***

***ORDER, OR BY FURTHER ORDER OF THE COURT ON MOTION FILED PRIOR TO THE COMPLETION OF THE PLAN.***

DATED: This 12th day of June 2012.

                              KING & DOLAGHAN, P.A.

                              /s/ T. Eileen Dolaghan

                              T. Eileen Dolaghan
                              edolaghan@msn.com
                              Florida Bar Number 0193844
                              2219 Park Street
                              Jacksonville, Fl 32204
                              904/387-9886; Fax 904/387-9862
                              Attorney for Debtor